[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 20-13099
Non-Argument Calendar

————————————————

D.C. Docket No. 4:19-cr-00033-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JONATHAN O. DUNLAP,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Georgia

————————————————

(March 22, 2021)

Before NEWSOM, LUCK, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver

in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d

1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).